**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-60110-LEIBOWITZ/AUGUSTIN-BIRCH**

**PROSOMNUS SLEEP TECHNOLOGIES, INC.**,

*Plaintiff*,

*v.*

**NYREE PENN, *et al.***,

*Defendants*.

_______________________________________/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon the Report and Recommendation by United States Magistrate Judge Panayotta Augustin-Birch [ECF No. 47] (the "R&R"), filed on August 18, 2026. Judge Augustin-Birch recommends granting in part and denying in part Plaintiff's Verified Motion for Attorneys' Fees and Costs (the "Motion") [ECF No. 45]. [ECF No. 47 at 8].

"In order to challenge the findings and recommendations of the magistrate judge, a party must file written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (cleaned up). The objections must also present "supporting legal authority." S.D. Fla. L. Mag. J.R. 4(b). Once a district court receives "objections meeting the specificity requirement set out above," it must "make a *de novo* determination of those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." *Macort*, 208 F. App'x at 783–84 (cleaned up). To the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error. *Id.* at 784 (cleaned up).

No objections were filed during the 14-day objection period. After reviewing the R&R for clear error, the Court finds no clear error. The Court approves Judge Augustin-Birch's careful consideration of the Motion and adopts the R&R in its entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [**ECF No. 47**] is **APPROVED** and **ADOPTED** and made a part of this Order for all purposes.
2. The Motion [**ECF No. 45**] is **GRANTED IN PART AND DENIED IN PART**. Plaintiff is awarded $81,378 in attorney's fees and $1,905.20 in costs, against Defendants, jointly and severally.
3. This case remains **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on August 18, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record